IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL ANTHONY TOGNACI, )<br>　　Plaintiff, )<br>　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>AMERIS BANK, *et al.*,　　　　　)<br>　　Defendants. ) | CIVIL ACTION: 1:22-00473-KD-B |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 7) made under 28 U.S.C. § 636(b)(1) and S.D. Ala. Gen. LR 72(a)(2)(S) and dated January 4, 2023, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action is **TRANSFERRED** to the Southern Division of the United States District Court for the Middle District of Alabama pursuant to 28 U.S.C. §1406(a).

**DONE** and **ORDERED** this the **6th** day of **February 2023.**

　　　　　　　　　　　　　　　　　　/s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**