IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL ANTHONY TOGNACI, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:23-CV-76-RAH |
| AMERIS BANK, et al., | ) |
| Defendants. | ) |

## **ORDER**

On May 22, 2023, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 12.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. The Recommendation (Doc. 12) is ADOPTED.

2. This case is DISMISSED without prejudice.

The Clerk is DIRECTED to terminate all pending motions.

DONE, on this the 7th day of June 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE